```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :    11 Civ. 555 (KBF)
                         Plaintiff,        :
                                           :         ORDER
            -v-                            :
                                           :
$258,780.80 IN FUNDS FORMERLY ON DEPOSIT AT:
CITIBANK, BUSINESS ACCOUNT NUMBER          :
009937727437, HELD IN THE NAME OF VERSACOR,:
LLC,                                       :
                                           :
                         Defendant.        :
                                           :
VERSACOR, LLC,                             :
                                           :
                         Claimant.         :
                                           :
------------------------------------------X
```

KATHERINE B. FORREST, District Judge:

   IT IS HEREBY ORDERED that the parties should appear for a status conference on the above-captioned matter on **September 20, 2012, at 9:00 a.m.** in courtroom 15A.

   SO ORDERED:

Dated: New York, New York
       September 7, 2012

                              _____
                                   KATHERINE B. FORREST
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 07 2012