

# SUMMERS & SCHNEIDER
## ATTORNEYS AT LAW

September 10, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 1 2012

**VIA E-MAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
forrestnysdchambers@nysd.uscourts.gov

Re: U.S. v. $258,780.80 in Funds (11-CV-555 (KBF) (DCF))

Dear Judge Forrest:

We represent Claimant Versacor, LLC in the referenced civil action. We write to request that the Court reschedule the status conference recently scheduled for September 20, 2012, at 9 a.m.

On September 7, 2012, we received notice that the Court had scheduled a status conference for September 20, 2012, and 9 a.m. We have two previously scheduled court appearances scheduled for that exact time. We are expected to be before Judge Robert Gerber of the United States Bankruptcy Court for the Southern District of New York, followed by an appearance in the Kings County Criminal Court. As a result, we contacted counsel for the government who has informed us that it has no objection to rescheduling the conference.

Counsel for the government has indicted that, other than a conference at 2:30, it is available for the remainder of the day on September 20. Therefore, we request that the Court reschedule the status conference for September 20, 2012, at 3:45 p.m., or at the Court's convenience.

Thank you for your consideration of this letter. We are available should the Court have any questions.

Very Truly Yours,

/s/

Douglas M. Schneider,
Counsel for Versacor, LLC

*Adjourned to 9/20/12 at 3:45 pm.*

cc: Michael Lockard (via email)

**SO ORDERED:**

9/10/2012

K B. For

**HON. KATHERINE B. FORREST**
UNITED STATES DISTRICT JUDGE

147 Prince Street, Brooklyn, NY 11201 P 917.512.6633 / F 646.490.2175
555 5th Avenue, 14th Floor, New York, NY 10017 P 212.918.0690 / F 646.490.2175
WWW.SUMMERSANDSCHNEIDER.COM