```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :     11 Civ. 555 (KBF)
                       Plaintiff,         :
                                          :        ORDER
          -v-                             :
                                          :
$258,780.80 IN FUNDS FORMERLY ON DEPOSIT AT:
CITIBANK, BUSINESS ACCOUNT NUMBER         :
009937727437, HELD IN THE NAME OF VERSACOR,:
LLC,                                      :
                                          :
                       Defendant.         :
                                          :
VERSACOR, LLC,                            :
                                          :
                       Claimant.          :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 0 2012

KATHERINE B. FORREST, District Judge:

IT IS HEREBY ORDERED that the Order of Reference to a Magistrate Judge, entered July 12, 2011, is vacated.

All matters will proceed before Judge Forrest.

SO ORDERED:

Dated: New York, New York
       September 20, 2012

_____
KATHERINE B. FORREST
United States District Judge