```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :          11 Civ. 555 (KBF)
                Plaintiff,                 :
                                           :          **ORDER**
        -v-                                :
                                           :
$258,780.80 IN FUNDS FORMERLY ON DEPOSIT AT:
CITIBANK, BUSINESS ACCOUNT NUMBER          :
009937727437, HELD IN THE NAME OF VERSACOR,:
LLC,                                       :
                                           :
                Defendant.                 :
                                           :
VERSACOR, LLC,                             :
                                           :
                Claimant.                  :
                                           :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 21 2012

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that the parties shall appear for a status conference in this matter on Friday, October 5, 2012, at 10:30AM.

SO ORDERED:

Dated: New York, New York
       September 21, 2012

_____
KATHERINE B. FORREST
United States District Judge